JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-5537FDB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS' DEADLINE |
| v. | ) | |
| PATRICK M. SHAFFER, | ) | |
| Defendant. | ) | |

Upon the unopposed motion of Defendant Patrick M. Shaffer to continue the trial and pretrial motions due date in the above-captioned case, and based upon the uncontested facts set forth in the motion, which are hereby incorporated by reference and adopted as findings of fact, the Court finds that a failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. 3161 (h)(8)(B)(iv).

The Court further finds that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date in this case be continued to December 18, 2006.  The period of delay resulting from this continuance from October 23, 2006, up to and including the new trial date of December 18, 2006, is hereby excluded for

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
(USA v. SHAFFER, CR 06-5537FDB) - 1

FEDERAL PUBLIC DEFENDER
1331 BROADWAY, SUITE 400
TACOMA, WASHINGTON 98402
(253) 593-6710

1 speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of
2 computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.
3        IT IS FURTHER ORDERED that the pretrial motions due date be extended to
4 October 23, 2006.
5        DONE this 2nd day of October, 2006.

                                            HON. FRANKLIN D. BURGESS
                                            UNITED STATES DISTRICT JUDGE

Presented by:

/s/
MIRIAM SCHWARTZ
Attorney for Defendant
Patrick M. Shaffer

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
(USA v. SHAFFER, CR 06-5537FDB) - 2

FEDERAL PUBLIC DEFENDER
1331 BROADWAY, SUITE 400
TACOMA, WASHINGTON 98402
(253) 593-6710