JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5537FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |
| PATRICK M. SHAFFER, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the pretrial motions' due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to November 3, 2006.

DONE this 24th day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
Miriam F. Schwartz
Assistant Federal Public Defender

/s/
Michael Dion
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION TO
CONTINUE PRETRIAL MOTIONS' DEADLINE   1
CR06-5537(FDB)

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710