JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>  )<br>v.  )<br>  )<br>PATRICK M. SHAFFER,  )<br>  )<br>Defendant.  )<br>  )<br>_____  ) | NO. CR06-5537FDB<br><br>ORDER GRANTING<br>UNOPPOSED MOTION<br>TO CONTINUE TRIAL<br>DATE AND PRETRIAL<br>MOTIONS' DEADLINE |

Upon the unopposed motion of Defendant Patrick M. Shaffer to continue the trial and pretrial motions' due date in the above-captioned case, and based upon the uncontested facts set forth in the defendant's motion, which are hereby incorporated by reference and adopted as findings of fact, the Court having considered the same and being of the opinion that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a more speedy trial within the meaning of 18 U.S.C. 3161(h)(8)(B)(ii); therefore,

IT IS HEREBY ORDERED that the trial date be continued to February 12, 2007. The period of delay resulting from this continuance from December 18, 2006, up to and including the new trial date of February 12, 2007, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
(USA v. SHAFFER, CR 06-5537FDB) - 1

FEDERAL PUBLIC DEFENDER
1331 BROADWAY, SUITE 400
TACOMA, WASHINGTON 98402
(253) 593-6710

1  limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

2      IT IS FURTHER ORDERED that the pretrial motions' due date be extended to

3  December 15, 2006.

4      DONE this 21st day of November, 2006.

 

HON. FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ _____
MIRIAM SCHWARTZ
Attorney for Defendant
Patrick M. Shaffer

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
(USA v. SHAFFER, CR 06-5537FDB) - 2

FEDERAL PUBLIC DEFENDER
1331 BROADWAY, SUITE 400
TACOMA, WASHINGTON 98402
(253) 593-6710